**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **GAC STORAGE COPLEY PLACE, LLC** | Case No. 11-40953 |
| Debtor. | The Honorable Jacqueline P. Cox |

**NOTICE OF FINAL HEARING ON DEBTOR'S MOTION FOR AUTHORITY
TO USE CASH COLLATERAL AND FOR RELATED RELIEF**

**PLEASE TAKE NOTICE AS FOLLOWS**:

1. On October 7, 2011 (the "Petition Date"), GAC Storage Copley Place, LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court"). Since the Petition Date, the Debtor has remained in possession of its assets and has continued to operate its business as a debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108. The Debtor has substantially all of the rights and powers of a trustee in bankruptcy pursuant to 11 U.S.C. § 1107(a). On October 27, 2011, the Bankruptcy Court entered an order providing for the joint administration of the Debtor's case with the Chapter 11 cases of GAC Storage Lansing, LLC, and GAC Storage El Monte, LLC, under lead case no. 11-40944.

2. On October 27, 2011, the Debtor filed a motion (the "Motion") for authority to use cash collateral on an interim and final basis pursuant to 11 U.S.C. § 363(c)(2), Fed. R. Bank. P. 4001(b), and L.R. 4001-2.

3. On November 3, 2011, the Bankruptcy Court approved the entry of an interim order permitting the use of cash collateral, granting certain adequate protection to Bank of America, N.A. and scheduling a final hearing on the Motion.

4. A final hearing on the Motion and the relief requested therein shall be held on **November 17, 2011 at 10:00 a.m.** before the **Honorable Jacqueline P. Cox in Courtroom 619 of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois**, or in her absence, before such other Judge who may be sitting in her place, at which time and place you may appear if you deem fit. Such hearing may be continued from time to time without further notice other than by announcement in open court.

Gordon E. Gouveia (#6282986)
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
Tel: (312) 541-0151
*Proposed Counsel for the Debtor*

{10242-001 NTC A0304572.DOC}

## CERTIFICATE OF SERVICE

Gordon E. Gouveia, an attorney, hereby certifies that he caused a true copy of the foregoing **Notice of Final Hearing on Debtor's Motion for Authority to Use Cash Collateral and for Related Relief** to be served upon the attached Service List via first class U.S. Mail, postage prepaid, on this 3rd day of November 2011.

                                         */s/ Gordon E. Gouveia*

Dewey Pest Control
PO Box 7114
Pasadena, CA 91109-7214
E-mail: deweyinfo@deweypest.com

Joseph Martin
17161 Alva Rd., Apt #1213
San Diego, CA 92127
Tel: 760-644- 4582
E-mail: sd@gastoragesolutions.com

Pearl Pugh
10151 Via Marmol
Escondido, CA 92026
Tel: 760-532-7846
E-mail: pearlpugh@yahoo.com and pearl@gastoragesolutions.com

Leslie Allen Bayles
Bryan Cave LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601-3315
Direct: 312-602-5089
General: 312-602-5000
Facsimile: 312-602-5050
Email: leslie.bayles@bryancave.com

Professional Management Services
Jim Jolley
2759 Arctic St.
Las Vegas, NV 89121
Tel: 702-273-8862

PRLAP, Inc.
c/o Donna DeSouza, Vice President
401 N. Tryon Street
Charlotte, NC  28255
Tel:  704-947-0527

Bank of America
401 N Tryon St
Charlotte, NC 28255

A. Barry Cappello
Cappello & Noel, LLP
831 State Street
Santa Barbara, CA 93101
Fax: (805) 965-5950
Tel: (805) 564-2444

ACN, Inc. dba Advanced Computer and Network Services
ATTN: Devin Wortham
10624 S Eastern Ave, #A-294
Henderson, NV 89052
Fax: (702) 332-8084
Tel: (702) 982-0226

Americana Payroll
2713 E. Russell Rd.
Las Vegas, NV 89120
Fax: (702) 733-9801
Tel: (702) 733-0378

AT&T
Attn: Bankruptcy Department
5407 Andrew's Highway
Middleton, TX 79706
Fax: (866) 425-9278

AT&T
c/o CT Corporation System
208 S. LaSalle St., Ste. 814
Chicago, IL 60604

Bobbi Youngblood
Masterminds 5
1930 Village Center Circle, #3-979
Las Vegas, NV 89134
Fax: (702) 476-2815
Tel: (702) 683-7457

CDS Moving Equipment
375 West Manville St.
Compton, CA 90220
Fax: (310) 631-2235

DEX AT&T Real Yellow Pages
P.O. Box 9001401
Louisville, KY 40290
Fax:(877) 563-0033
Tel: (800) 251-7056

OTIS Elevator Co.
Dept. LA 21684
Pasadena, CA 91185-1684
Fax: (323) 342-4501

San Diego Gas & Electric
8326 Century Park Court
San Diego, CA 92123-4150
Fax: (858) 654-8321

Sitelink: SMD Software, Inc.
3000 Highwoods Blvd., #120
Raleigh, NC 27604
Fax: (919) 865-0795

Solomon Ross Grey & Company LLP
16633 Ventura Blvd., Suite 600
Encino, CA 91436
Fax: (818) 995-1771

Staples
Dept LA
PO Box 83689
Chicago, IL 60696-3689
Fax(1): (508) 253-8989
Fax(2): (508) 253-3334
Tel: (508) 253-5000

Telecom POA
c/o Sentre Partners, Inc.
401 West A Street, Suite 2300
San Diego, CA 92101
Fax: (619) 234-5600
Tel: (619) 234-7917

Terrace CP LLC
c/o Sudberry Properties
5465 Morehouse Dr., #260
San Diego, CA 92121
Fax: (585) 546-3009
Tel: (858) 546-3000

Waste Management
PO Box 78251
Phoenix, AZ 85062-8251
Fax: 866-281-9229
Tel: 866-962-2281

XPS Solutions, LTD
10701 Corporate Dr., Ste # 243
Stafford, TX 77477
Fax: (972) 865-4334
Tel: (832)-532-7046

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114
Fax: 267-941-1015

San Diego County Treasurer
PO Box 129009
San Diego, CA 92112
Fax (619) 685-2589

{10242-001 NTC A0304572.DOC}

Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
Fax: 312-886-5794
Tel: 312-886-5785

{10242-001 NTC A0304572.DOC}